Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.

(May 3, 1967)

■ CARL J. WALTERS et al., Respondents, v. FRANCIS H. ROBERTS et al., Appellants.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ PERCY GOFF, Appellant, v. LESTER M. SHULTIS et al., Respondents.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(May 4, 1967)

■ SARATOGIAN, INC., et al., Respondents, v. BOARD OF SUPERVISORS OF THE COUNTY OF SARATOGA, Appellant, and STATE OF NEW YORK et al., Respondents, and HARRY D. SNYDER, JR., as Supervisor of the City of Saratoga Springs, Intervenor Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

(May 9, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOUGLAS VAN LUVEN, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.

586

Reynolds, Aulisi and Gabrielli, JJ., concur.

(May 15, 1967)

■   THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE FELD, Appellant, v. DANIEL J. MCMANN, as Warden of Clinton Prison, Respondent.—MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the Court.

■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER JAMES LASKARIS, Appellant.— STALEY, JR., J.